STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

THOMAS J. BRADY
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. CR00-00105 SOM |
|---|---|---|
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | [21 U.S.C. §§ 846, 841(a)(1); |
| ALLEN ANDY KIMBALL, | ) | 18 U.S.C. §§ 924(c)(1), 2] |
| Defendant. | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

From a date unknown, but from at least June, 1999, to on or about March 1, 2000, within the District of Hawaii and elsewhere, ALLEN ANDY KIMBALL, defendant herein, did conspire, with others unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute in excess of 50

grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

OVERT ACTS

In furtherance of the conspiracy and to accomplish the objects thereof, the following overt acts were committed in the District of Hawaii and elsewhere by members of the conspiracy:

1) On or about June 24, 1999, ALLEN ANDY KIMBALL walked to Kentucky Fried Chicken Restaurant, located at Kapiolani Boulevard and Keeaumoku Street, Honolulu, Hawaii, and discussed plans to distribute crystal methamphetamine, commonly referred to as "ice."

2) On or about July 21, 1999, ALLEN ANDY KIMBALL met with another person in the parking lot behind Video Online, located at 1532 Makaloa Street, for the purpose of receiving a $6,000 payment for two (2) ounces of crystal methamphetamine, which KIMBALL had previously distributed through one of his associates.

3) On or about August 4, 1999, ALLEN ANDY KIMBALL provided another person with approximately five (5) ounces of crystal methamphetamine in exchange for approximately $13,500, of which $12,000 cash was received by KIMBALL after the drug transaction.

4) On or about August 11, 1999, ALLEN ANDY KIMBALL met with another person at Video Online, located at 1532 Makaloa

Street, for the purpose of receiving a $1,500 payment for five (5) ounces of crystal methamphetamine, which KIMBALL had previously distributed to another person.

5) On or about August 28, 1999, ALLEN ANDY KIMBALL provided another person with approximately four (4) ounces of crystal methamphetamine in exchange for approximately $12,000, of which $12,000 cash was received by KIMBALL after the drug transaction.

6) On or about August 31, 19998, ALLEN ANDY KIMBALL, through the use of the telephone, discussed with another person the four ounce "ice" deal KIMBALL participated in on August 28, 1999.

7) On or about August 31, 1999, ALLEN ANDY KIMBALL met with another person at Pearlridge Shopping Center for the purpose of receiving a $12,000 payment for four (4) ounces of crystal methamphetamine, which KIMBALL had previously distributed to another person.

All in violation of Title 21, United States Code, Section 846.

### COUNT 2

The Grand Jury further charges that:

On or about July 6, 1999, in the District of Hawaii, ALLEN ANDY KIMBALL, as an aider and abettor, did knowingly and intentionally possess with intent to distribute and distribute in

3

excess of 5 grams of crystal methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### COUNT 3

The Grand Jury further charges that:

On or about July 7, 1999, in the District of Hawaii, ALLEN ANDY KIMBALL, as an aider and abettor, did knowingly and intentionally possess with intent to distribute and distribute in excess of 5 grams of crystal methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### COUNT 4

The Grand Jury further charges that:

On or about July 16, 1999, to and including July 21, 1999, in the District of Hawaii, ALLEN ANDY KIMBALL, as an aider and abettor, did knowingly and intentionally possess with intent to distribute and distribute in excess of 50 grams of crystal methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT 5

The Grand Jury further charges that:

On or about August 4, 1999, in the District of Hawaii, ALLEN ANDY KIMBALL, did knowingly and intentionally possess with intent to distribute and distribute in excess of 50 grams of crystal methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT 6

The Grand Jury further charges that:

On or about August 28, 1999, in the District of Hawaii, ALLEN ANDY KIMBALL, did knowingly and intentionally possess with intent to distribute and distribute in excess of 50 grams of crystal methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT 7

The Grand Jury further charges that:

On or about June 24, 1999, to and including September 16, 1999, in the District of Hawaii, the defendant, ALLEN ANDY KIMBALL, did unlawfully, knowingly and intentionally use and carry a firearm, or who, in furtherance of any such crime, possesses a firearm, that is, a Ruger P89 serial number 30956805, during and in relation to a drug trafficking crime in which he may

be prosecuted in a court of the United States, that is, the offense set forth in Count 1 of this Indictment, which is realleged and incorporated by reference herein.

All in violation of Title 18, United States Code, Section 924(c)(1).

DATED: ___3/16/00___, 2000, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
THOMAS J. BRADY
Assistant U.S. Attorney

United States v. Allen Andy Kimball
"Indictment"
Cr. No. _____

6