

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  04-10218 |
| Plaintiff - Appellee, | D.C. No.  CR-00-00105-SOM |
| v. | |
| ALLEN ANDY KIMBALL, | **JUDGMENT** |
| Defendant - Appellant. | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 9 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

Appeal from the United States District Court for the District of Hawaii

(Honolulu).

This cause came on to be heard on the Transcript of the Record from the

United States District Court for the District of Hawaii (Honolulu) and was duly

submitted.

On consideration whereof, it is now here ordered and adjudged by this

Court, that the judgment of the said District Court in this cause be, and hereby is

**AFFIRMED**; SENTENCE VACATED and REMANDED.

Filed and entered 04/12/06



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAY 4 - 2006

by: _____
Deputy Clerk

**FILED**

**NOT FOR PUBLICATION**

APR 12 2006

UNITED STATES COURT OF APPEALS

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 04-10218 |
| Plaintiff - Appellee, | D.C. No. CR-00-00105-SOM |
| v. | |
| ALLEN ANDY KIMBALL, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Hawaii
Susan Oki Mollway, District Judge, Presiding

Submitted April 5, 2006[**]

Before:     HAWKINS, McKEOWN, and PAEZ, Circuit Judges.

Allen Andy Kimball appeals from his guilty-plea conviction and 360-month

sentence imposed for possession with intent to distribute, and distribution of

methamphetamine, conspiracy, and money laundering, all in violation of 21 U.S.C.

§§ 841(a)(1) and 846, 18 U.S.C. §§ 1956(a)(1)(A)(I) and (a)(1)(B)(I).  We have

---

[*]    This disposition is not appropriate for publication and may not be
cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

[**]    This panel unanimously finds this case suitable for decision without
oral argument.  *See* Fed. R. App. P. 34(a)(2).

jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm the conviction, vacate the sentence and remand.

We are persuaded by Kimball's contention that the government breached the terms of the proffer agreement by submitting to the district court protected statements made by Kimball. We therefore vacate Kimball's sentence and remand for re-sentencing. *See United States v. Mondragon*, 228 F.3d 978, 980-81 (9th Cir. 2000) (stating that when the government violates an agreement regarding sentencing, vacating and remanding the sentence is required regardless of the effect the breach actually had on the sentence).

The remedy for this breach, however, does not require us to vacate the conviction as Kimball contends. *See United States v. Franco-Lopez*, 312 F.3d 984, 994 (9th Cir. 2002) (vacating and remanding the sentence rather than the conviction when the government breached the plea agreement at the sentencing phase).

Because the government may have tainted the sentencing process by submitting to the district court Kimball's protected statements, Kimball is entitled to re-sentencing before a different judge. *See United States v. Johnson*, 187 F.3d 1129, 1136 (9th Cir. 1999). By this decision, we are not inferring any criticism of the district court judge.

2

Because we are vacating the sentence and remanding, we decline to address the other sentencing issues raised in Kimball's opening brief.

**CONVICTION AFFIRMED; SENTENCE VACATED and REMANDED for resentencing before a different judge.**

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAY 4 - 2006

by
Deputy Clerk

3

INTERNAL USE ONLY: Proceedings include all events.
04-10218 USA v. Kimball

UNITED STATES OF AMERICA
    Plaintiff - Appellee

Thomas J. Brady, Esq.
FAX 808/541-2958
808/541-2850
Suite 6-100
[COR LD NTC aus]
USH - OFFICE OF THE U.S.
ATTORNEY
PJKK Federal Building
300 Ala Moana Blvd.
P.O. Box 50183
Honolulu, HI 96850


    v.

ALLEN ANDY KIMBALL
    Defendant - Appellant

DeAnna S. Dotson, Esq.
FAX 808/672-5058
808/391-7308
[COR LD NTC cja]
P.O. Box 700953
Kapolei, HI 96709-0953