# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

May 12, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   CR. 00-00105SOM

CASE NAME:     U.S.A. vs. ALLEN ANDY KIMBALL

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Helen Gillmor            REPORTER:

DATE:    May 12, 2006             TIME:

COURT ACTION:        **MINUTE ORDER**

    Pursuant to the Judgment of the United States Court of Appeals for the Ninth Circuit, filed May 9, 2006 in the U.S. District Court for the District of Hawaii, IT IS ORDERED that this case be placed in the Assignment Wheel and be reassigned to another judge for resentencing.

    Submitted by: David H. Hisashima, Courtroom Manager