# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

July 27, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 00-00105HG |
| CASE NAME: | U.S.A. vs. (01) ALLEN ANDY KIMBALL |
| ATTYS FOR PLA: | Thomas J. Brady |
| ATTYS FOR DEFT: | DeAnna S. Dotson |
| U.S.P.O.: | Roy T. Kawamoto |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | July 27, 2006 | TIME: | 1:30 - 1:50 |

COURT ACTION:  RE-SENTENCING TO COUNTS 1 THROUGH 9 AND 12 OF THE SUPERSEDING INDICTMENT as to (01) ALLEN ANDY KIMBALL -

The defendant is present in custody.

Discussion held regarding issue of the protected statement made by the defendant.

The Court will continue the re-sentencing until the files in this case are returned by the 9th CCA.  The re-sentencing is continued to October 20, 2006 @ 11:00 a.m.

It is ORDERED that both the Defendant and Government shall review the entire record and determine the relevant issues the Court should consider prior to re-sentencing. The parties shall ensure that the information contained in the defendant's protected statement is not disclosed.  The parties shall submit their arguments by September 15, 2006.  Response shall be filed by October 6, 2006.

The Probation Office shall also review the entire Presentence Report and subsequent Addendums to ensure that they do not contain any information obtained from the defendant's protected statement.

Submitted by: David H. Hisashima, Courtroom Manager