July 28, 2006

# DISTRICT COUNT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
### (415) 556-9920

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CR-00-00105-SOM
**Appeal Number:** 04-10218
**Short Title:** USA v. Kimball

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 0 1 2006
DISTRICT OF HAWAII

### Volumes

| | | | | |
|---|---|---|---|---|
| **Clerk's Records in:** | 5 | | 0 | Certified Copy(ies) |
| **Reporters Transcripts in:** | 22 | | | |

| **Bulky Documents in:** | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
|---|---|---|---|---|---|---|---|---|
| | 0 | Other | | | | | | |
| **State Lodged Docs in:** | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |

**Other:**

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.

 

**United States Court of Appeals for the Ninth Circuit**
**Records Department**
**95 Seventh Street**
**San Francisco, California 94103**

# MEMORANDUM

Date:     May 4, 2005

TO:       Clerk's Office
          USDC Hawaii (Honolulu)

FROM:     Steve Seferian, Supervisor

SUBJECT:  Request for Record on Appeal

**RECEIVED**
CLERK, U.S. DISTRICT COURT
MAY 0 4 2005
DISTRICT OF HAWAII

Pursuant to the request of a Judge/Staff Attorney of this court, please transmit the Record on Appeal in the following case.

**Please enclose a copy of this letter with the requested record. Please include all clerks files, reporters transcripts, sealed documents and state lodged documents. Please advise the Records Unit by email at CA09 Records/CA09/09/USCOURTS if this record is only available electronically.**

| Case Number | Title | District Court Number |
|---|---|---|
| 04-10218 | USA v. Kimball | CR-00-00105-SOM |

**Please send record directly to:**

United States Court of Appeals for the Ninth Circuit
Records Department
95 Seventh Street
San Francisco, California 94103

Box 2 of 2

# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: May 10, 2005

To: United States Court of Appeals     Attn: ( ) Civil
      For the Ninth Circuit
      Office of the Clerk                (✓) Criminal
      95 Seventh Street
      San Francisco, California 94103    ( ) Judge

FILED MAY 17 2005
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

From: United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:    CR 00-00105SOM       Appeal No:    04-10218

Short Title:    USA VS. KIMBALL

| | | |
|---|---|---|
| Clerk's Files in | 5 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | 22 | volumes (✓) original ( ) certified copy<br>7/24/00, 9/8/00, 1/25/01, 6/4/01, 12/6/01, 12/11/01, 8/6/02, 9/17/02, 12/4/02, 4/7/03, 4/7/03, 4/8/03, 4/9/03, 5/9/03, 5/9/03, 7/17/03, 7/17/03, 7/23/03, 7/23/03, 10/9/03, 12/3/03, 3/5/04 |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: 57, 58, 68, 69, 79, 81, 82, 94, 97, 98, 101, 104, 105, 109, 118, 124, 139, 143, 144, 145, 147, 183, 185, 191, 192, 199, 200, 201, 216, 238, 247, 258, 261, 267, 278, 280, 282, 284, 288, 304, 305, 286, 306, 339, 357, 359, 360, 361, 364, 423, 438, 439, (Letter dated 1/25/01), (FAX sent on 10/16/02)

Acknowledgment: _____     Date: _____

cc: all named counsel

449

 

**United States Court of Appeals for the Ninth Circuit**
**Records Department**
**95 Seventh Street**
**San Francisco, California 94103**

# MEMORANDUM

Date:    May 4, 2005

TO:      Clerk's Office
         USDC Hawaii (Honolulu)

FROM:    Steve Seferian, Supervisor

SUBJECT: Request for Record on Appeal

**RECEIVED**
CLERK, U.S. DISTRICT COURT

MAY 0 4 2005

DISTRICT OF HAWAII

Pursuant to the request of a Judge/Staff Attorney of this court, please transmit the Record on Appeal in the following case.

**Please enclose a copy of this letter with the requested record. Please include all clerks files, reporters transcripts, sealed documents and state lodged documents. Please advise the Records Unit by email at CA09 Records/CA09/09/USCOURTS if this record is only available electronically.**

| Case Number | Title | District Court Number |
|---|---|---|
| 04-10218 | USA v. Kimball | CR-00-00105-SOM |

**Please send record directly to:**

United States Court of Appeals for the Ninth Circuit
Records Department
95 Seventh Street
San Francisco, California 94103

Box 1 of 2

United States Court of Appeals for the Ninth Circuit
Record Transmittal Form

Date: May 10, 2005

To:   United States Court of Appeals    Attn:  ( )   Civil
      For the Ninth Circuit
      Office of the Clerk                      (✓)   Criminal
      95 Seventh Street
      San Francisco, California 94103          ( )   Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:        CR 00-00105SOM          Appeal No:   04-10218
Short Title:  USA VS. KIMBALL

Clerk's Files in    5       volumes  (✓) original  ( ) certified copy

Bulky docs                  volumes (folders)  docket #

Reporter's                  volumes  (✓) original  ( ) certified copy
Transcripts         22      7/24/00, 9/8/00, 1/25/01, 6/4/01, 12/6/01, 12/11/01, 8/6/02,
                            9/17/02, 12/4/02, 4/7/03, 4/7/03, 4/8/03, 4/9/03, 5/9/03,
                            5/9/03, 7/17/03, 7/17/03, 7/23/03, 7/23/03, 10/9/03,
                            12/3/03, 3/5/04

Exhibits                    volumes  ( ) under seal

                            boxes  ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos: 57, 58, 68, 69, 79, 81, 82, 94, 97, 98, 101, 104, 105, 109, 118, 124,
139, 143, 144, 145, 147, 183, 185, 191, 192, 199, 200, 201, 216, 238, 247, 258, 261, 267,
278, 280, 282, 284, 288, 304, 305, 286, 306, 339, 357, 359, 360, 361, 364, 423, 438, 439,
(Letter dated 1/25/01), (FAX sent on 10/16/02)

Acknowledgment: _____   Date: _____

cc: all named counsel

449