ORIGINAL

LODGED

EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

THOMAS J. BRADY #4472
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email: tom.brady@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00105 HG |
| | ) | |
| Plaintiff, | ) | JOINT RESPONSE TO THE |
| | ) | RELEVANT TRANSCRIPTS FOR |
| | ) | SENTENCING; ATTACHMENT |
| vs. | ) | "A"; |
| ALLEN ANDY KIMBALL, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

JOINT RESPONSE TO THE RELEVANT TRANSCRIPTS FOR SENTENCING

At the initial remand sentencing hearing for Defendant Allen Andy Kimball, held on July 27, 2006, this Court ordered the parties to confer and identify the relevant issues this Court should consider prior to re-sentencing.  Specifically, this Court

requested that the parties confer and identify previously filed sentencing motions, memorandums, and testimony that they agree shall be stricken consistent with the holding in <u>United States v. Allen Andy Kimball</u>, 175 Fed.Appx. 883 (9th Cir. 2006), and to submit remaining relevant sentencing issues to this Court by September 15, 2006.

The United States of America, through its undersigned counsel, Thomas J. Brady, and DeAnna S. Dotson, counsel for Defendant Allen Andy Kimball, hereby submit Attachment "A," a single volume sentencing exhibit which includes the following:

1. September 8, 2000, transcript of Defendant Allen Andy Kimball's motion to withdraw not guilty plea and to plea anew;

2. December 6, 2001, transcript of Defendant Allen Andy Kimball's motion to withdraw guilty plea;

3. December 11, 2001, transcript of continued hearing of Defendant Allen Andy Kimball's motion to withdraw guilty plea;

4. August 6, 2002, transcript of Defendant Allen Andy Kimball's motion to continue sentencing;

5. December 4, 2002, transcript of Defendant Allen Andy Kimball's motion to continue sentencing and evidentiary hearing;

6. April 7, 2003, transcript of Defendant Allen Andy Kimball's sentencing and evidentiary hearing and motion for downward departure;

7. April 8, 2003, transcript of Defendant Allen Andy Kimball's continued sentencing and evidentiary hearing and motion for downward departure;

8.  May 9, 2003, transcript of Defendant Allen Andy Kimball's continued sentencing and evidentiary hearing and motion for downward departure;

9.  July 17, 2003, transcript of Defendant Allen Andy Kimball's continued sentencing and evidentiary hearing and motion for downward departure;

10. July 23, 2003, transcript of Defendant Allen Andy Kimball's continued sentencing and evidentiary hearing and motion for downward departure;

11. October 9, 2003, transcript of Defendant Allen Andy Kimball's continued sentencing and evidentiary hearing and motion for downward departure;

12. December 3, 2003, transcript of Defendant Allen Andy Kimball's continued sentencing and evidentiary hearing and motion for downward departure;

13. March 5, 2004, transcript of Defendant Allen Andy Kimball's continued sentencing and evidentiary hearing and motion for downward departure.

The parties have reviewed, conferred, and agreed to the above-described transcripts, as redacted, as relevant to the sentencing issues in this matter. Furthermore, the parties have reviewed, conferred, and agreed that this Court should not review or consider the following previously filed motions for the purposes of resentencing:

1.  Government's Position Regarding the Use of Defendant's Proffered Statement, filed on April 15, 2003;

2.  Defendant Kimball's Memorandum in Opposition to Government's Use of Defendant's Proffered Statement, filed on May 6, 2003; and

//
//
//

3.  Defendant Kimball's Motion to Dismiss First Superseding Indictment, filed July 16, 2003.

    DATED: September 14, 2006, at Honolulu, Hawaii.

                                    Respectfully submitted,

                                    EDWARD H. KUBO, JR.
                                    United States Attorney
                                    District of Hawaii

                                By  _____
                                    THOMAS J. BRADY
                                    Assistant U.S. Attorney


                                    _____
                                    DEANNA S. DOTSON
                                    Attorney for Defendant


APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE


United States vs. Allen Andy Kimball
Cr. No. 00-00105 HG
"Joint Response to the Relevant Transcripts for Sentencing"

4