<u>Attachment "A"</u>

Binder labeled "Transcripts of Proceedings" containing redacted transcripts listed in the Joint Response.

Copy provided to Judge Gillmor only.