# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

October 17, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   CR 00-00105HG

CASE NAME:   UNITED STATES OF AMERICA v. (01) ALLEN ANDY KIMBALL

JUDGE:   Helen Gillmor          REPORTER:

DATE:   October 17, 2006        TIME:

COURT ACTION:   **MINUTE ORDER**

The Re-sentencing to Counts 1 through 9, and 12 of the Superseding Indictment/ Defendant's Motion for Downward Departure as to Defendant (01) Allen Andy Kimball is advanced from 11:00 a.m. on October 20, 2006 to 11:00 a.m. on October 19, 2006 before the Honorable Helen Gillmor.

The Sentencing will be held in Courtroom No. 5.

Submitted by: Mary Rose Feria, Courtroom Manager

cc:   Thomas J. Brady, Esq.
      DeAnna S. Dotson, Esq.
      USPO Roy T. Kawamoto
      Deputy USM Eldowayne Kalima
      Judge Gillmor's chambers