# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

October 19, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 00-00105HG |
| CASE NAME: | UNITED STATES OF AMERICA v. ALLEN ANDY KIMBALL |
| ATTYS FOR PLA: | Thomas J. Brady, AUSA<br>Gerald Lawson, Case Agent, DEA |
| ATTYS FOR DEFT: | DeAnna S. Dotson, Esq. |
| U.S.P.O.: | Roy T. Kawamoto |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Lisa Groulx |
| DATE: | October 19, 2006 | TIME: | 11:00 - 11:55 |

COURT ACTION:  RE-SENTENCING TO COUNTS 1 THROUGH 9, AND 12 OF THE SUPERSEDING INDICTMENT - DEFENDANT'S MOTION FOR DOWNWARD DEPARTURE -

The defendant is present in custody.

Arguments held regarding Defendant's Objections to the Pre-Sentence Report. The objections are overruled.

The Hearing on Re-sentencing to Counts 1 through 9, and 12 of the Superseding Indictment and Defendant's Motion for Downward Departure is continued to November 2, 2006 at 10:30 a.m.

The defendant is remanded to the custody of the U.S. Marshals.

Submitted by: Mary Rose Feria, Courtroom Manager