# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

November 2, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 00-00105HG |
| CASE NAME: | UNITED STATES OF AMERICA v. (01) ALLEN ANDY KIMBALL |
| ATTYS FOR PLA: | Thomas J. Brady, AUSA |
| ATTYS FOR DEFT: | DeAnna S. Dotson, Esq. |
| U.S.P.O.: | Roy T. Kawamoto |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Sharon Ross |
| DATE: | November 2, 2006 | TIME: | 10:30 - 11:50 |

COURT ACTION:    RE-SENTENCING TO COUNTS 1 THROUGH 9, AND 12 OF THE SUPERSEDING INDICTMENT -

The defendant is present in custody.

The Defendant's Motion for Downward Departure is DENIED.
Allocution by the defendant.

ADJUDGED:

    IMPRISONMENT of 240 mos as to each of Counts 1 and 2; 300 mos as to each of Counts 3, 4, 5, and 6; 240 mos as to each of Counts 7, 8, 9, and 12; with all terms to run concurrently.

    SUPERVISED RELEASE of 3 yrs as to each of Counts 1 and 2; 4 years as to each of Counts 3, 4, 5, and 6; 3 yrs as to each of Counts 7, 8, 9 and 12, with all terms to run concurrently, upon the following conditions:

1.    That the defendant shall abide by the standard conditions of supervision.

2.    That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3.      That the defendant not possess illegal controlled substances (mandatory condition)

4.      That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

5.      That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

6.      That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7.      That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8.      That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9.      That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Special Assessment: $1,000.
Advised of rights to appeal the sentences, etc.

RECOMMENDATION: Terminal Island. That the defendant participate in drug/alcohol treatment, educational and vocational training programs.

      Submitted by: Mary Rose Feria, Courtroom Manager