ORIGINAL

DeAnna S. Dotson #7649
P. O. Box 700953
Kapolei, HI 96709-0953
(808) 391-7308
dkeith02@earthlink.net

Attorney for Defendant
ALLEN ANDY KIMBALL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 06 2006

at 10 o'clock and 55 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA        Plaintiff, | ) ) ) ) | CR. NO. 00-00105 HG |
| vs. | ) ) | NOTICE OF APPEAL; CERTIFICATE OF |
| ALLEN ANDY KIMBALL        Defendant. | ) ) ) ) | SERVICE |

## NOTICE OF APPEAL

Notice is hereby given pursuant to Fed. R. App. P. 4(b) that the defendant, ALLEN ANDY KIMBALL, through counsel DeAnna S. Dotson, hereby appeals to the United States Court of Appeals for the Ninth Circuit from his sentence and judgment on Remand entered on November 2, 2006.

Dated:    November 6, 2006, at Kapolei, Hawaii

_____
DeAnna S. Dotson
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document will be duly served upon the following person by delivery of said document on or about the date of filing:

Thomas J. Brady
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850

Dated:     November 6, 2006, at Kapolei, Hawaii

DeAnna S. Dotson