IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____ U.S. District Court Case No. _CR00-00105 HG_

Short Case Title _USA v Kimball_

Date Notice of Appeal Filed by Clerk of District Court _6 Nov 06_

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS(strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| _see attached_ | | Other (please specify) |

(additional page for designations if necessary)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 14 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(X) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered _14 Dec 06_ Estimated date for completion of transcript _____

Print Name of Attorney _DeAnna S. Dotson_ Phone Number _391-7308_

Signature of Attorney _____

Address _PO Box 700853 Kapolei HI 96709-0853_

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
(signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____ Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

_Sue Beitia_                                    BY: _____
(U.S. District Court Clerk)    (date)              DEPUTY CLERK

ORIGINAL

Re:  U.S. District Court Case No.:    CR00-00105HG
     Short Case Title:                USA v. KIMBALL

Section A – Other Proceedings:

| Hearing Date | Court Reporter | Proceedings |
|---|---|---|
| 07/27/06 | Stephen Platt | Re-Sentencing |
| 10/19/06 | Lisa Groulx | Re-Sentencing |
| 11/02/06 | Sharon Ross | Re-Sentencing |