*Lisa Groulx*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____  U.S. District Court Case No. **CR00-00105HG**

Short Case Title **USA v Kimball**

Date Notice of Appeal Filed by Clerk of District Court **6 Nov 06**

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII | Opening Statements |
| | | Settlement Instructions |
| | JAN 1 2 2007 | ~~Closing Arguments~~ |
| | at 3 o'clock and 0 min. P M SUE BEITIA, CLERK | Jury Instructions |
| | | Pre-Trial Proceedings |
| **see attached** (additional page for designations if necessary) | | Other (please specify) |

RECEIVED CLERK U.S. DISTRICT COURT DEC 1 4 2006 DISTRICT OF HAWAII

( )  I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( )  As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(X)  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered **14 Dec 06**   Estimated date for completion of transcript _____

Print Name of Attorney **DeAnna S. Dotson**  Phone Number **391-7308**

Signature of Attorney _____

Address **PO Box 700953  Kapolei HI 96709-0953**

**SECTION B** - To be completed by court reporter

I, _____ (signature of court reporter) have received this designation.

(X) Arrangements for payment were made on **12/20/06**
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

**37** Approximate Number of Pages in Transcript--Due Date **1/19/07**

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed **1/9/07**  Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

**Sue Beitia**  **07/18/07**  BY: _____
(U.S. District Court Clerk)  (date)  DEPUTY CLERK

SCANNED

Re:   U.S. District Court Case No.:   CR00-00105HG
      Short Case Title:               USA v. KIMBALL

Section A – Other Proceedings:

| Hearing Date | Court Reporter | Proceedings |
|---|---|---|
| 07/27/06 ✓ | Stephen Platt | Re-Sentencing |
| 10/19/06 ✓ | Lisa Groulx | Re-Sentencing |
| 11/02/06 ✓ | Sharon Ross | Re-Sentencing |