DATE: 11/29/07

TO: USDC Hawaii

FROM: US COURT OF APPEALS - NINTH CIRCUIT by: Tashima

CA# 06-10727   DC# CR 00-00105HG

TITLE U.S. v. Kimball

RECORD RETURNED TO DISTRICT COURT:

- 5 VOL. CLERK'S FILE
- 22 VOL. REPORTER'S TRANSCRIPT
- OTHER

RECEIVED
CLERK U.S. DISTRICT COURT
NOV 30 2007
12:40 pm
DISTRICT OF HAWAII

One memo per case, please.

cc: Records Unit, Clerk's Office, San Francisco